**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

MARCUS CLARK,

    *Plaintiff,*

vs.

CAPT. WILLIAM BARRITT, *et al.*,

    *Defendants.*

    :
    :
    :   Case No. 1:25-cv-769
    :
    :   Judge Jeffery P. Hopkins
    :
    :
    :
    :

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

This matter is before the Court on the Report and Recommendation (Doc. 6) issued by Magistrate Judge Chelsey M. Vascura on February 20, 2026. The Magistrate Judge recommends that this action be dismissed without prejudice for failure to prosecute. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, the Court **DISMISSES** this action without prejudice under Fed. R. Civ. P. 41(b). No filing fee shall be assessed in this matter. Plaintiff is **ORDERED** to list this case (1:25-cv-769) as a related case if he re-files this action.

**IT IS SO ORDERED.**

April 2, 2026

Jeffery P. Hopkins
United States District Judge